## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ADRIANNE PAVLACK,

            Petitioner

            v.

WORKERS' COMPENSATION APPEAL
BOARD (UPMC SOUTH SIDE),

            Respondent

: No. 263 WAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.